SaraEllen Hutchison (WSBA # 36137)  
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC  
539 Broadway  
Tacoma, WA 98402  
Telephone:   206-529-5195  
Facsimile:   253-302-8486  
Email: saraellen@saraellenhutchison.com  

*Attorney for Plaintiff, SCOTT ALLEN*

THE HONORABLE JUDGE MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SCOTT A. ALLEN,<br><br>               Plaintiff,<br>v.<br><br>TRANSWORLD SYSTEMS, INC., a California Corporation, et al,<br><br>               Defendants. | NO.  2:20-cv-01255-RSM<br><br>STIPULATION AND ORDER TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. |

Plaintiff SCOTT A. ALLEN, by counsel, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against Experian be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATION AND ORDER OF DISMISSAL OF EXPERIAN  
2:20-cv-1255-RSM

1

Law Office of SaraEllen Hutchison, PLLC  
539 Broadway | Tacoma, WA 98402  
Ph (206) 529-5195 | Fax (253) 302-8486  
saraellen@saraellenhutchison.com

Respectfully submitted,

Date: October 30, 2020

S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff Scott A. Allen*

Date: October 30, 2020

S//Rachel Groshong
RACHEL GROSHONG (WSBA #47021)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98401
Email: Rachel.dunnington@stoel.com

S//Angela Taylor
ANGELA TAYLOR (California Bar No. 210425, Admitted *Pro Hac Vice*)
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612
Email: angelataylor@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

IT IS SO ORDERED.

Dated this 2nd day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF EXPERIAN
2:20-cv-1255-RSM

2

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on November 2, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated November 2, 2020, at Harstine Island, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF DISMISSAL OF VERIZON
2:19-cv-203-RSM

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com