Katherine E. Carlton Robinson, Esq. (Admitted *Pro Hac Vice*)     Judge Ricardo S. Martinez
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Facsimile:  (317) 363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, Esq., WSBA #35477
Christopher M. Reed, Esq., WSBA #49716
Montgomery Purdue Blankinship & Austin PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
Telephone:  206-682-7090
Fax:  206-625-9534
E-Mail:  biv@mpba.com
         creed@mpba.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| SCOTT A. ALLEN,<br>          Plaintiff,<br><br>     vs.<br><br>TRANSWORLD SYSTEMS, INC., a California Corporation; COAST PROFESSIONAL INC., a Nevada Corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; TRANS UNION LLC, a Delaware Limited Liability Company; and LEXISNEXIS RISK SOLUTIONS, INC., a Georgia Corporation;<br>          Defendants. | CASE NO. 2:20-cv-01255-RSM<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

**STIPULATION OF DISMISSAL - 1**
**2:20-cv-01255-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257

Plaintiff Scott A. Allen ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  December 1, 2020          *s/ SaraEllen Hutchison (with consent)*
                                SaraEllen Hutchison, Esq.
                                Law Office of SaraEllen Hutchison, PLLC
                                539 Broadway
                                Tacoma, WA  98402
                                Telephone:  (206) 529-5195
                                Fax:  (253) 302-8486
                                E-Mail: saraellen@saraellenhutchison.com

                                *Counsel for Plaintiff Scott A. Allen*


Date:  December 1, 2020           *s/ Katherine E. Carlton Robinson*
                                Katherine E. Carlton Robinson, Esq.
                                 (Admitted *Pro Hac Vice*)

                                *Lead Counsel for Defendant Trans Union, LLC*

                                Benjamin I. VandenBerghe, Esq., WSBA #35477
                                Christopher M. Reed, Esq., WSBA #49716

                                *Local Counsel for Defendant Trans Union, LLC*


IT IS SO ORDERED.

Dated this 2nd day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL - 2**
**2:20-cv-01255-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **1st day of December, 2020**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| SaraEllen Hutchison, Esq.<br>saraellen@saraellenhutchison.com | Angela M. Taylor, Esq.<br>angelataylor@jonesday.com |
| Rachel Groshong, Esq.<br>rachel.groshong@stoel.com | Stephen G. Skinner, Esq.<br>Stephen.skinner@andrews-skinner.com |
| Helen McFarland, Esq.<br>hmcfarland@seyfarth.com | Brian D. Roth, Esq.<br>broth@sessions.legal |
| Benjamin I. VandenBerghe, Esq.<br>biv@mpba.com | Christopher Michael Reed, Esq.<br>creed@mpba.com |
| Abraham K. Lorber, Esq.<br>lorbera@lanepowell.com | Robert W. Mitchell, Esq.<br>bobmitchellaw@yahoo.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **1st day of December, 2020**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
 (Admitted *Pro Hac Vice*)

*Lead Counsel for Defendant Trans Union, LLC*

**STIPULATION OF DISMISSAL - 3**
**2:20-cv-01255-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257