SaraEllen Hutchison (WSBA # 36137)  
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC  
539 Broadway  
Tacoma, WA 98402  
Telephone:    206-529-5195  
Facsimile:     253-302-8486  
Email: saraellen@saraellenhutchison.com  

*Attorney for Plaintiff, SCOTT ALLEN*

THE HONORABLE JUDGE MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SCOTT A. ALLEN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TRANSWORLD SYSTEMS, INC., a California Corporation, et al,<br><br>　　　　　　Defendants. | NO. 2:20-cv-01255-RSM<br><br>STIPULATION AND ORDER TO DISMISS LEXISNEXIS RISK SOLUTIONS INC |

Plaintiff SCOTT A. ALLEN, by counsel, and Defendant LEXISNEXIS RISK SOLUTIONS INC. ("Lexis") by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against Lexis be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATION AND ORDER OF  
DISMISSAL OF LEXISNEXIS  
2:20-cv-1255-RSM

1

Respectfully submitted,

Date: December 17, 2020       S//SaraEllen Hutchison
                              SARAELLEN HUTCHISON (WSBA #36137)
                              LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
                              539 Broadway
                              Tacoma, WA 98402
                              Telephone: (206) 529-5195
                              Facsimile: (253) 302-8486
                              Email: saraellen@saraellenhutchison.com

                              *Attorney for Plaintiff Scott A. Allen*

Date: December 17, 2020       S//Abraham K. Lorber
                              Abraham K. Lorber (WSBA No. 40668)
                              LANE POWELL PC
                              1420 FIFTH AVENUE, SUITE 4200
                              SEATTLE, WA 98101
                              lorbera@lanepowell.com

                              *Attorneys for Lexisnexis*

IT IS SO ORDERED.

Dated this 18th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL OF LEXISNEXIS
2:20-cv-1255-RSM

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on <u>December 18, 2020</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated December 18, 2020, at Tacoma, Washington.

<u>S//SaraEllen Hutchison</u>
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF DISMISSAL OF VERIZON
2:19-cv-203-RSM

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com