```
1  SaraEllen Hutchison (WSBA # 36137)           THE HONORABLE JUDGE MARTINEZ
   LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2  539 Broadway
3  Tacoma, WA 98402
   Telephone:    206-529-5195
4  Facsimile:    253-302-8486
   Email: saraellen@saraellenhutchison.com
5
   Attorney for Plaintiff, SCOTT ALLEN
6
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT A. ALLEN, | NO. 2:20-cv-01255-RSM |
| Plaintiff, | |
| v. | |
| TRANSWORLD SYSTEMS, INC., a California Corporation, et al, | STIPULATION AND ORDER TO DISMISS COAST PROFESSIONAL INC. |
| Defendants. | |

Plaintiff SCOTT A. ALLEN, by counsel, and Defendant COAST PROFESSIONAL INC. ("Coast") by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against Coast be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATION AND ORDER OF
DISMISSAL OF COAST                          1
2:20-cv-1255-RSM

Respectfully submitted,

Date: <u>December 21, 2020</u>          S//SaraEllen Hutchison_____
SARAELLEN HUTCHISON (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff Scott A. Allen*

Date: <u>December 21, 2020</u>           *s/ Stephen G. Skinner*
Stephen G. Skinner, WSBA #1713
Andrews-Skinner, P.S.
645 Elliott Avenue West, Suite 350
Seattle, WA  98119
Telephone: (206) 223-9248
Facsimile: (206) 623-9050
Email: stephane.skinner@andrews-skinner.com
and
Brian D. Roth, Pro Hac Vice
Sessions Fishman Nathan Israel
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: broth@sessions.legal

IT IS SO ORDERED.

Dated this 21st day of December, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF COAST
2:20-cv-1255-RSM

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on <u>December 21, 2020</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated December 21, 2020, at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF DISMISSAL OF VERIZON
2:19-cv-203-RSM

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com