UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT A. ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSWORLD SYSTEMS, INC., a California Corporation, et al.,<br><br>    Defendants. | Case No. C20-1255RSM<br><br>ORDER GRANTING MOTIONS RE: VOLUNTARY DISMISSAL OF FEDERAL CLAIMS |

This matter comes before the Court on Plaintiff Scott Allen's Motion to Voluntarily Dismiss his Federal Causes of Action, Dkt. #47, and his Motion to Withdraw Document, Dkt. #48. Plaintiff seeks to conserve judicial resources by dismissing his federal law causes of action. There are no remaining counterclaims in this case, and the instant Motion is unopposed.

The Court finds good cause to grant the requested relief and hereby ORDERS that these Motions, Dkts. #47 and #48, are GRANTED. Plaintiff's federal law causes of action are dismissed with prejudice. The Court directs the Clerk to STRIKE the erroneously filed notice at Dkt. #46.

DATED this 21st day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1