SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone:     206-529-5195
Facsimile:     253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff, SCOTT ALLEN*

THE HONORABLE JUDGE MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SCOTT A. ALLEN, | NO.  2:20-cv-01255-RSM |
| Plaintiff, | |
| v. | |
| TRANSWORLD SYSTEMS, INC., a California Corporation, et al, | STIPULATION AND ORDER TO DISMISS EQUIFAX INFORMATION SERVICES LLC |
| Defendants. | |

Plaintiff SCOTT A. ALLEN, by counsel, and Defendant EQUIFAX INFORMATION

SERVICES LLC ("Equifax") by counsel, hereby stipulate and agree that all matters herein

between them that were made or could have been made have been compromised and settled,

and that Plaintiff's cause of action against Equifax be dismissed, with prejudice, with each party

to bear its own costs and attorney's fees.

STIPULATION AND ORDER OF
DISMISSAL OF EQUIFAX
2:20-cv-1255-RSM

1

Respectfully submitted,

Date: December 23, 2020      S//SaraEllen Hutchison_____
                            SARAELLEN HUTCHISON (WSBA #36137)
                            LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
                            539 Broadway
                            Tacoma, WA 98402
                            Telephone: (206) 529-5195
                            Facsimile: (253) 302-8486
                            Email: saraellen@saraellenhutchison.com

                            *Attorney for Plaintiff Scott A. Allen*

Date: December 23, 2020      S//Helen M. McFarland_____
                            Helen M. McFarland (Bar No. 51012)
                            hmcfarland@seyfarth.com
                            SEYFARTH SHAW LLP
                            999 Third Avenue
                            Suite 4700
                            Seattle, WA 98104-3100
                            Telephone:  (206) 946-4910

                            *Attorney for Equifax Information Services LLC*

IT IS SO ORDERED.

Dated this 29th day of December, 2020.


_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


STIPULATION AND ORDER OF            2            Law Office of SaraEllen Hutchison, PLLC
DISMISSAL OF EQUIFAX                              539 Broadway | Tacoma, WA 98402
2:20-cv-1255-RSM                                 Ph (206) 529-5195 | Fax (253) 302-8486
                                                 saraellen@saraellenhutchison.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on <u>December 29, 2020</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated December 29, 2020, at Tacoma, Washington.

<u>S//SaraEllen Hutchison</u>
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF
DISMISSAL OF EQUIFAX
2:20-cv-1255-RSM

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com