SaraEllen Hutchison (WSBA # 36137)  
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC  
539 Broadway  
Tacoma, WA 98402  
Telephone:    206-529-5195  
Facsimile:    253-302-8486  
Email: saraellen@saraellenhutchison.com  

*Attorney for Plaintiff, SCOTT ALLEN*

THE HONORABLE JUDGE MARTINEZ

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SCOTT A. ALLEN,<br><br>    Plaintiff,<br>  v.<br><br>TRANSWORLD SYSTEMS, INC., a California Corporation, et al,<br><br>    Defendants. | NO.  2:20-cv-01255-RSM<br><br>STIPULATION AND ORDER TO TRANSWORLD SYSTEMS, INC. |

Plaintiff SCOTT A. ALLEN, by counsel, and Defendant TRANSWORLD SYSTEMS, INC ("TSI") by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against TSI be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATION AND ORDER OF DISMISSAL OF TSI  
2:20-cv-1255-RSM

1

Law Office of SaraEllen Hutchison, PLLC  
539 Broadway | Tacoma, WA 98402  
Ph (206) 529-5195 | Fax (253) 302-8486  
saraellen@saraellenhutchison.com

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |  |
| 3 | Date: <u>July 21, 2020</u>   S//SaraEllen Hutchison |
| 4 | SARAELLEN HUTCHISON (WSBA #36137)<br>LAW OFFICE OF SARAELLEN HUTCHISON, PLLC |
| 5 | 539 Broadway<br>Tacoma, WA 98402 |
| 6 | Telephone: (206) 529-5195<br>Facsimile: (253) 302-8486 |
| 7 | Email: saraellen@saraellenhutchison.com |
| 8 | *Attorney for Plaintiff Scott A. Allen* |

Date: <u>July 21, 2020</u>    *s/ Stephen G. Skinner*
Stephen G. Skinner, WSBA #1713
Andrews-Skinner, P.S.
645 Elliott Avenue West, Suite 350
Seattle, WA  98119
Telephone: (206) 223-9248
Facsimile: (206) 623-9050
Email: stephane.skinner@andrews-skinner.com
and
Brian D. Roth, Pro Hac Vice
Sessions Fishman Nathan Israel
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: broth@sessions.legal

IT IS SO ORDERED.

Dated this 22nd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL OF TSI
2:20-cv-1255-RSM

2

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on July 22, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated July 22, 2021, at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF DISMISSAL OF VERIZON
2:19-cv-203-RSM

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com